UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KELVIN J. SCHEXNAYDER | * | CIVIL ACTION |
| VERSUS | * | NO. 07-84-JJB-CN |
| CF INDUSTRIES LONG TERM DISABILITY PLAN FOR IT'S EMPLOYEES, ET AL. | * | JUDGE BRADY |
| | * | MAGISTRATE JUDGE NOLAND |

## ORDER

The foregoing Motion for Leave to File the Administrative Record Under Seal considered,

IT IS HEREBY ORDERED that Hartford Life and Accident Insurance Company be and it is hereby granted leave to file the Administrative Record in this matter UNDER SEAL.

IT IS FURTHER ORDERED that the Administrative Record will be maintained under seal for thirty (30) days following final disposition of this action. Counsel who filed the documents under seal shall be responsible for their removal. If counsel fails or refuses to remove the documents within the 30 days, they may be destroyed or otherwise disposed of by the clerk.

Signed in chambers in Baton Rouge, Louisiana, July 17, 2007.

**MAGISTRATE JUDGE CHRISTINE NOLAND**