UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KELVIN J. SCHEXNAYDER | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 07-84-JJB-CN |
| | * | |
| CF INDUSTRIES LONG TERM DISABILITY PLAN FOR IT'S EMPLOYEES, ET AL. | * | JUDGE BRADY |
| | * | |
| | * | MAGISTRATE JUDGE NOLAND |

### O R D E R

Considering the foregoing;

**IT IS HEREBY ORDERED** that the Motion for Stay Pending Appeal filed by Hartford Life and Accident Insurance Company is GRANTED.

Baton Rouge, Louisiana, this 29th day of May, 2008.

UNITED STATES DISTRICT JUDGE