FILED



2008 JUL -9 AM 11:47    JUL 03 2008

NEW ORLEANS, LA.

SIGN BY DEPUTY CLERK

Nick J. Lorio
**CLERK**

July 2, 2008

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals, Fifth Circuit
600 Maestri Place
New Orleans, LA 70130

APPEAL NO.  __08-30538__

IN RE: **CA-**    **07-84-JJB-CN Schexnayder v. CF Industries Long Term Disability Plan**

Dear Sir:

In connection with this appeal, the following documents are transmitted and/or information

is furnished. Please acknowledge receipt on the enclosed copy of this letter.

____ 1. Certified copy of the notice of appeal and docket entries;

____ 2. Certified copy of the notice of cross appeal and docket entries;

____ 3. The Court of Appeals docket fee _____ HAS _____ HAS NOT been paid

____ 4. This case is proceeding In forma pauperis;

____ 5. Order Appointing Counsel_____CJA-20_____ FPD _____

____ 6. District Judge/Magistrate entering the final judgment is:

____ 7. Court Reporter assigned to the case:

____ 8. If Criminal case, number and names of defendants _____

_____

____ 9. Spears hearing held; Courtroom Deputy present.

____ 10. This case was decided without a hearing and therefore, there will be no transcript.

____ 11. Record on appeal consisting of:

_____ Volume(s) of the record;    _____ Sealed PSI;

_____ Container(s) of trial exhibits   _____ Containers of attachments: doc. #

_____ Volume(s) of the transcript;    Document #

_____ Volume(s) of State Court Record

**xx** 12. Supplemental record, including updated docket entries; Seal doc. #13

____ 13. Sealed Doc.

____ 14. Other:

Very truly yours,

By:_____
Deputy Clerk

Case 3:07-cv-00084-JJB-CN   Document 47   07/09/08   Page 1 of 1