UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELVIN SCHEXNAYDER

VERSUS

CF INDUSTRIES LONG TERM
DISABILITY PLAN, ET AL.

CIVIL ACTION

NO. 07-84-JJB

## ORDER OF DISMISSAL

The court having been advised that the parties have reached a settlement agreement;

IT IS FURTHER ORDERED this action be and is hereby DISMISSED without prejudice to the right, upon good cause shown, **within 60 days**, to reopen the case if the aforesaid settlement agreement is not consummated.

Baton Rouge, Louisiana, June 17, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA



# WILLEFORD LAW FIRM
201 St. Charles Avenue, Suite 4208
New Orleans, LA 70170-4208

504/582.1286
Fax 313/692.5927
www.willefordlaw.com

James F. Willeford
Jessica M. Vásquez
Reagan L. Toledano

Please reply to:
*jimwilleford@willefordlaw.com*

**By Fax (225. 389.4031) and US Mail**

June 16, 2010

The Hon. James J. Brady
777 Florida Street, Suite 369
Baton Rouge, LA 70801

   Re: *Schexnayder v. Hartford*
      U.S. Dist. Ct. for the Middle Dist. of La., No. 07-84
      U.S. Fifth Circuit Court of Appeals, No. 08-30538

Dear Judge Brady:

The parties have reached a confidential settlement agreement and request the Court to enter a 60-day order of dismissal.

Thank you.

Sincerely,

Reagan L. Toledano

RLT:jgd

cc: Jennifer Lawrence